UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Michael-Angelo Johnson,

Defendant.

_____/

Case: 2:22−cr−20484
Assigned To : Hood, Denise Page
Referral Judge: Grand, David R.
Assign. Date : 9/15/2022
Description: INFO USA V. JOHNSON (NA)

Violation:
18 U.S.C. § 922(a)(6)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*Making a False Statement during the Acquisition of a Firearm*
18 U.S.C. § 922(a)(6)

On or about January 23, 2021, in the Eastern District of Michigan, Southern Division, Defendant Michael-Angelo Johnson, in connection with the acquisition of a firearm, to wit: HS Produkt Springfield Armory, Model XDME, 9mm pistol, from Dearborn Outdoors, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Dearborn Outdoors, which statement was intended and likely to deceive Dearborn Outdoors, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transactions Record, to the effect that he was the actual buyer of the

firearm indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c)

The allegation contained in Count One of this Information is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

As a result of violating 18 U.S.C. § 922(a)(6), as set forth in this Information, upon conviction the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense, pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

DAWN N. ISON
United States Attorney

BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

CAITLIN B. CASEY
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9769
caitlin.casey@usdoj.gov

Dated: September 15, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>2:22−cr−20484 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | **Judge Assigned:** |
| ☐ **Yes**          ☒ **No** | **AUSA's Initials:** *CBC* |

**Case Title:** USA v.  MICHAEL-ANGELO JOHNSON

**County where offense occurred :**  Wayne

**Check One:**          ☒ **Felony**                    ☐ **Misdemeanor**                    ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 22-mj-30163                    ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 15, 2022
Date

*Caitlin B. Casey*

Caitlin B. Casey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9769
Fax:   (313) 226-2372
E-Mail address: Caitlin.Casey@usdoj.gov
Attorney Bar #: IL 631495

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.